**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7088**

———————

ALBERT WILLIAMS HOYTE,

Plaintiff - Appellant,

versus

GORDON B. JENKINSON; DAVID F. MCINNIS, Judge;
LEGRANDE CARRAWAY, Public Defender of Wil-
liamsburg County; COUNTY OF WILLIAMSBURG,

Defendants - Appellees,

and

SHERIFF MCFARLIN; DUANE SHULER, Assistant
Solicitor; ELEANOR BELTON-SAVAGE, Officer;
RANDY GRAYSON, Officer,

Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Joseph F. Anderson, Jr., District
Judge. (CA-97-885-2-17AJ)

———————

Submitted: January 30, 1998      Decided: March 30, 1998

———————

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

---

Albert Williams Hoyte, Appellant Pro Se.  Marvin Coleman Jones, BOGOSLOW & JONES, Walterboro, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing some but not all of the Defendants named in Appellant's action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED